FILED: January 23, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-200
(5:06-cv-00145-FPS)

CITIFINANCIAL, INCORPORATED,

Petitioner,

versus

PAUL W. LIGHTNER,

Respondent.

O R D E R

Upon consideration of petitioner's motion to stay the district court order of remand, the Court denies the motion.

Entered at the direction of Judge Wilkinson, with the concurrence of Judge Motz. Judge Gregory voted to grant the motion.

For the Court

/s/ Patricia S. Connor

Clerk