```
                                        FILED: February 28, 2008

               UNITED STATES COURT OF APPEALS
                   FOR THE FOURTH CIRCUIT
               _____

                       No. 07-200
                   (5:06-cv-00145-FPS)
               _____
```

CITIFINANCIAL, INCORPORATED,

      Petitioner

v.

PAUL W. LIGHTNER,

      Respondent

```
               _____

                     O R D E R
               _____
```

Upon review of the petition for permission to appeal and the answer in opposition, the Court denies the petition.

Entered at the direction of Judge Wilkinson with the concurrence of Judge Motz and Judge Gregory.

                              For the Court

                              <u>/s/ Patricia S. Connor, Clerk</u>